Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

_____ Division

| | |
|---|---|
| MARCO MORALES POLINA | Case No. _____ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | |
| S & M CONSTRUCTION, LLC (OF TEXAS) | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MARCO MORALES POLINA |
| Street Address | 108 VERMILLION CIRCLE |
| City and County | YOUNGSVILLE, LAFAYETTE PARISH |
| State and Zip Code | LOUISIANA 70592 |
| Telephone Number | 337-446-3781 |
| E-mail Address | |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1

| | |
|---|---|
| Name | S & M CONSTRUCTION, LLC (OF TEXAS) |
| Job or Title (if known) | |
| Street Address | 26852 JILL ROAD |
| City and County | HOLDEN, LIVINGSTON PARISH |
| State and Zip Code | LOUISIANA 70744 |
| Telephone Number | 469-231-7540 |
| E-mail Address (if known) | S.MCONSTRUCTION_LLC@YAHOO.COM |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

   Name
   Street Address
   City and County
   State and Zip Code
   Telephone Number

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

[✓] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
[ ] Relevant state law
[ ] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
CONSTRUCTION

B. Dates of employment:
January 1, 2019 through July 2019

C. Employee's job title and a description of the kind of work done:
Employee was engaged as a laborer doing framing on construction sites

D. Rate, method, and frequency of wage payment:

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

        Employee was originally paid $15.00 an hour then $16.00 an hour.

E.     Number of hours actually worked each week in which a violation is claimed:

        At $15.00 an hour, he worked 8 hours of overtime without overtime pay.
        At $16.00 an hour, he worked 6 hours of overtime without overtime pay.

F.     Description of the alleged violation(s) *(check all that apply)*:

    ☐     Failure to pay the minimum wage *(explain)*

    ☑     Failure to pay required overtime *(explain)*

    ☐     Other violation(s) *(explain)*

G.     Date(s) of the alleged violation(s):
        January 1, 2019 through July 2019

H.     Additional facts:
        We possess a wage statement indicating the total weekly pay he received for 12 weeks he worked in 2019 from January through July. By dividing the total pay by $15 and $16 we arrive at tidy whole numbers indicating the hours he worked in any given week. From this we can tell which weeks he worked overtime without overtime compensation and at what rates. He worked one week of 48 hours at $15.00 an hour earning $720.00. He worked three weeks at $16.00 an hour working 42, 41, and 43 hours respectively earning $672, $656, and $688 for a total of 6 hours of unpaid overtime over those three weeks.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

At 8 hours of overtime at $15.00 an hour, he is entitled to the overtime rate of $7.50 for a total of $60.00.
At 6 hours of overtime at $16.00 an hour, he is entitled to the overtime rate of $8.00 for a total of $48.00.

He is owed at least $108.00 plus double that in liquidated damages and attorney fees and costs for the year 2019.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff _____
Printed Name of Plaintiff _____

### B. For Attorneys

Date of signing: 10-22-20

Signature of Attorney _____
Printed Name of Attorney JOSEPH S. MANNING
Bar Number 35220

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

| | |
|---|---|
| Name of Law Firm | ROWE LAW FIRM |
| Street Address | 5157 BLUEBONNET BLVD, BATON ROUGE |
| State and Zip Code | LOUISIANA 70810 |
| Telephone Number | 225-293-8787 |
| E-mail Address | JMANNING@ROWELAW.NET |